UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, *Plaintiff,* v. COX COMMUNICATIONS HAMPTON ROADS, LLC, *Defendant,* and COMMONWEALTH OF VIRGINIA, *Intervenor Defendant.* | Civil Action No. 3:24-cv-263-DJN |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate that this action is voluntarily dismissed without prejudice. On May 22, 2025, the Virginia Supreme Court issued a decision in *Norfolk Southern Railway Company v. State Corporation Commission*, Record No. 240869 (attached as Exhibit A), which precludes Cox Communications Hampton Roads, LLC from pursuing installation of the three fiber optic cable crossings across Norfolk Southern's railroad tracks in New Kent County, Virginia, which are the subject of this action. Accordingly, the Parties stipulate that this action is dismissed without prejudice and all Parties shall bear their own attorney's fees and costs.

| | |
|---|---|
| May 29, 2025 | Respectfully submitted, |
| | |
| /s/ Joshua A. Weiss | /s/ Gordon D. Todd |
| Joshua A. Weiss (VA Bar No. 82789) | Gordon D. Todd (VA Bar No. 45934) |
| Brownstein Hyatt Farber Schreck, LLP | Raymond A. Atkins (*pro hac vice*) |
| 675 Fifteenth Street, Suite 2900 | Tobias S. Loss-Eaton (*pro hac vice*) |
| Denver, CO 80202 | Stephen S. Laudone (*pro hac vice*) |
| (303) 223-1100 | Lakeisha F. Mays (*pro hac vice*) |
| (303) 223-1111 (facsimile) | Sidley Austin LLP |
| jweiss@bhfs.com | 1501 K Street, NW |
| | Washington, D.C. 20005 |
| *Counsel for Cox Communications* | (202) 736-8000 |
| *Hampton Roads LLC* | (202) 736-8711 (facsimile) |
| | gtodd@sidley.com |
| | |
| /s/ Erika L. Maley | *Counsel for Norfolk Southern* |
| Erika L. Maley (VA Bar No. 97533) | *Railway Company* |
|   *Solicitor General* | |
| Graham K. Bryant (VA Bar No. 90592) | |
|   *Deputy Solicitor General* | |
| Thomas J. Sanford (VA Bar No. 95965) | |
|   *Deputy Attorney General* | |
| | |
| Office of the Attorney General | |
| 202 North Ninth Street | |
| Richmond, Virginia 23219 | |
| (804) 786-7704 | |
| (804) 371-0200 (facsimile) | |
| emaley@oag.state.va.us | |
| | |
| *Counsel for the Commonwealth of Virginia* | |

**CERTIFICATE OF SERVICE**

On May 29, 2025, I caused the foregoing document to be filed with the Clerk of the Court through the CM/ECF system, which will serve notice on all registered counsel.

/s/ *Gordon D. Todd*

Gordon D. Todd (VA Bar No. 45934)